IN THE SUPREME COURT OF TENNESSEE
AT KNOXVILLE

FRANK SANJURJO, et al.,                 )        **FILED: May 24, 1999**
                                        )
          Plaintiffs-Appellees,         )        BLOUNT CHANCERY
                                        )
v.                                      )         NO. 03S01-9901-CH-00001
                                        )
LOWELL WOODS,                           )
                                        )
          Defendant-Appellant.          )

**FILED**

**May 24, 1999**

**Cecil Crowson, Jr.
Appellate Court Clerk**

**O R D E R**

        We granted the appellant's application for permission to appeal to review the

decision of the Court of Appeals sitting at Knoxville.  After due consideration of the

record, briefs, applicable authority, and oral argument of the parties, we conclude that the

appeal was "Improvidently Granted."  It is, therefore, ORDERED that the appeal is hereby

dismissed at costs to the appellant, for which execution may issue if necessary.

                                        PER CURIAM